# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheli Bittner, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Franchise World Headquarters, LLC; Doctor's Associates LLC; and Subway Franchisee Advertising Fund Trust, Ltd.,<br><br>Defendants. | Case No. 2:20-cv-00222-SRB<br><br>**ORDER GRANTING DEFENDANTS FRANCHISE WORLD HEADQUARTERS, LLC, DOCTOR'S ASSOCIATES LLC, AND SUBWAY FRANCHISEE ADVERTISING FUND TRUST, LTD.'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY TO TRANSFER** |

Pursuant to the Motion to Dismiss for Improper Venue or Alternatively to Transfer filed by Defendants Franchise World Headquarters, LLC, Doctor's Associates LLC and Subway Franchisee Advertising Fund Trust, Ltd., and Plaintiff's Notice of Consent to Defendants' Request to Transfer Action to District of Connecticut, and good cause appearing therefor,

IT IS HEREBY ORDERED that this case is transferred to the U.S. District Court for the District of Connecticut pursuant to 28 U.S.C. § 1404.

Dated this 16th day of April, 2020.

_____
Susan R. Bolton
United States District Judge